UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2021
JULY 12, 2022 SESSION


FILED
JUL 12 2022
RORY PERRY, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 2:22-cr-00140
       18 U.S.C. § 922(g)(1)
       18 U.S.C. § 924(a)(2)

JOSHUA DEAN SPRAGUE

I N D I C T M E N T

The Grand Jury Charges:

1. On or about May 4, 2022, at or near Parkersburg, Wood County, West Virginia, and within the Southern District of West Virginia, defendant JOSHUA DEAN SPRAGUE did knowingly possess a firearm, that is, a Ruger, Model LCP, .380 caliber semi-automatic pistol, in and affecting interstate commerce.

2. At the time defendant JOSHUA DEAN SPRAGUE possessed the aforesaid firearm, he knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about February 10, 2004, in the Circuit Court of Harrison County, West Virginia, case number 01-F-102-2, of Escape from Institution in violation of W. Va. Code § 61-5-10, Malicious Assault on a

Correctional Officer in violation of W. Va. Code § 61-2-10b(a), and Aggravated Robbery in violation of W. Va. Code § 61-2-12.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                                        WILLIAM S. THOMPSON
                                        United States Attorney

By: _____
       JEREMY B. WOLFE
       Assistant United States Attorney